**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ANIL KUMAR,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-749-J** |
| | ) | |
| **SCARLET GRANT et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

### ORDER

The Court has received the Petition for Writ of Habeas Corpus submitted on behalf of the Petitioner on April 9, 2026. *See* ECF No. 1. However, to date Petitioner has neither paid the required $5.00 filing fee nor has he filed an application (motion) to proceed *in forma pauperis*. Petitioner is directed to cure this deficiency on or before **April 28, 2026**. Filing fees must be paid in full within 3 business days of filing a civil action, suit, or proceeding, or the matter may be subject to dismissal without prejudice. *See* LCvR3.2(a).

The Court notes an attorney, Steven F. Langer, located in Oklahoma has entered an appearance. *See* ECF No. 4. But the Petition is signed by Sukhveer S. Girn, an attorney located in California. *See* ECF No. 1:13. If any attorney is not admitted to practice in this Court he or she must apply for admission *pro hac vice* under LCvR83.2(g). But if Mr. Langer is consenting to serve as local counsel, for Sukhveer S. Girn, "it is the responsibility of local counsel appearing in any civil case to file the motion of the non-resident attorney to be admitted pro hac vice and to certify in the motion that the non-resident attorney is

a member in good standing of the bar of the highest court of the state where the non-resident attorney resides or is licensed." *See* LCvR 83.3(b). Once admitted, an entry of appearance under LCvR83.4 must be filed.

Counsel for the Petitioner are encouraged to re-read this Court's Local Rules, specifically the rules identified above. Counsel shall have until **April 28, 2026**, to comply accordingly.

Failure to comply with this Court's orders may result in the recommendation of dismissal.

**IT IS SO ORDERED** on April 24, 2026.

_____

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE